IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01343-ZLW-BNB

TOMMIE CHARLES BRADLEY, JR.,

Applicant,

v.

STEVEN HARTLEY, and
JOHN W. SUTHERS, the Attorney General of the State of Colorado,

Respondents.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Applicant's Motion to Proceed With Proceedings Due to Respondent's Failure to File Their Answer Brief** [docket no. 26, filed January 20, 2010] (the "Motion").

IT IS ORDERED that the Motion is DENIED.


DATED:  January 22, 2010