IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge Zita L. Weinshienk

Civil Action No. 09-cv-01343-ZLW

TOMMIE CHARLES BRADLEY, JR.,

    Applicant,

v.

STEVEN HARTLEY, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado

    Respondents.
_____

**ORDER FOR STATE COURT RECORD**
_____

    Applicant Tommie Charles Bradley, Jr., a prisoner in the custody of the Colorado Department of Corrections at Kit Carson Correctional Facility in Burlington, Colorado, has filed an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. Respondents have filed an answer, and Applicant has filed a traverse.

    The Court finds that the state court record may be necessary for resolution of this action. Accordingly, it is

    **ORDERED** that on or before **August 30, 2010**, the Clerk of the Combined Court for El Paso County shall provide to this Court the original written record, including transcripts, of the El Paso District Court Case No. 96CR1162, *People v. Bradley.* It is

    **FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order on the Clerk of the Combined Court for El Paso County by facsimile to (719)-448-7695 and

by regular mail to Clerk of the Combined Court for El Paso County, P.O. Box 2980, Colorado Springs, Colorado 80901-2980.

DATED at Denver, Colorado this 21st day of July, 2010.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court