IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-01343-MSK

TOMMIE CHARLES BRADLEY, JR.,

    Applicant,

v.

STEVEN HARTLEY, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

    Respondents.
_____

**ORDER FOR STATE COURT TRANSCRIPTS**
_____

    Applicant filed his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on June 9, 2009. On July 22, 2010, the court ordered that the Clerk of the Combined Court for El Paso County provide to this court the original written record, including transcripts, of El Paso County District Court Case No. 96CR1162, *People v. Bradley*. The Clerk of the Combined Court for El Paso County provided records to the court on August 3, 2010, but included the transcript of only one hearing, held on January 10, 1994. The court was not provided with the trial transcript or any other transcripts. Accordingly, it is

    **ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court a complete copy of the transcripts of all proceedings conducted in El Paso County District Court Case No. 96CR1162. It is

    **FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

(1) Clerk of the Combined Court for El Paso County
 P.O. Box 2980
 Colorado Springs, Colorado 80901-2980;

(2) Assistant Solicitor General
 Appellate Division
 Office of the Attorney General
 1525 Sherman Street
 Denver, Colorado 80203; and

(3) Court Services Manager
 State Court Administrator's Office
 101 W. Colfax, Ste. 500
 Denver, Colorado 80202.

DATED this 3rd day of May, 2011.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge